### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AB TECHNOLOGIES LLC,<br><br>                Reorganized Debtor. | Chapter 11<br><br>Case No. 23-11132 (TMH)<br><br>**Re Docket No. 1740 [Case No. 23-11131]** |

**CERTIFICATION OF COUNSEL REGARDING REORGANIZED
DEBTORS' EIGHTH OMNIBUS OBJECTION (SUBSTANTIVE) TO
CERTAIN CLAIMS (NO LIABILITY, LATE FILED AND RECLASSIFY)**

The undersigned hereby certifies that:

1. On November 26, 2024, Amyris, Inc. and certain of its affiliates, including AB Technologies LLC (collectively, the "Reorganized Debtors")[1] filed the *Reorganized Debtors' Eighth Omnibus Objection (Substantive) to Certain Claims (No Liability, Late Filed and Reclassify)* [Case No. 23-11131, Docket No. 1740] (the "Claims Objection").

2. Pursuant to the Claims Objection, objections to entry of an order granting the Claims Objection were due no later than December 10, 2024 at 4:00 p.m. Eastern Time (the "Objection Deadline").

3. On December 10, 2024, Jasmina Samardzic ("Ms. Samardzic") filed a response to the Claims Objection [Docket No. 1573]. In addition, the Reorganized Debtors received an informal response to the Claims Objection from Nicole Kelsey ("Ms. Kelsey"), which has been resolved by the revised proposed order.

4. No other party filed an answer, objection, or other responsive pleading to the Claims Objection on the Court's docket.

---

[1] On December 13, 2024, the Court entered the *Order and Final Decree Closing Chapter 11 Cases* [Case No. 23-11131, Docket No. 1740], closing each of the Reorganized Debtors' chapter 11 cases except that of AB Technologies LLC.

5. The Reorganized Debtors are in disccissions with Ms. Samardzic regarding her claim, but that to the extent the Reorganized Debtors do not reach a resolution, the Reorganized Debtors will seek an order at the hearing scheduled for January 6, 2025 reclassifying Ms. Samardzic's claim as a general unsecured claim (subject to the Creditor Trustee's rights to review and object), but will not seeking to expunge Ms. Samardzic's claim.

6. Attached hereto as **Exhibit A** is a revised proposed form of order approving the Claims Objection (the "Proposed Order") which removes Ms. Samardzic from the Claims Objection and incorporates the resolution reached with Ms. Kelsey. The Reorganized Debtors continue to work with the Ms. Samardzic on resolving her claim.

7. A blacklined copy of the Proposed Order is attached hereto as **Exhibit B**, showing changes from the Order submitted with the Claims Objection.

8. Accordingly, the Reorganized Debtor requests that the Proposed Order attached hereto as **Exhibit A** be entered at the Court's earliest convenience.

| | |
|---|---|
| Dated: December 13, 2024 | **PACHULSKI STANG ZIEHL & JONES LLP** |
| | */s/ Steven W. Golden* |
| | Debra I. Grassgreen (admitted *pro hac vice*) |
| | James E. O'Neill (DE Bar No. 4042) |
| | Steven W. Golden (DE Bar No. 6807) |
| | 919 N. Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, DE 19899-8705 (Courier 19801) |
| | Telephone: (302) 652-4100 |
| | Facsimile: (302) 652-4400 |
| | Email: dgrassgreen@pszjlaw.com |
| | joneill@pszjlaw.com |
| | sgolden@pszjlaw.com |
| | |
| | *Counsel to the Reorganized Debtor* |