**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AB TECHNOLOGIES, LLC,<br><br>                    Reorganized Debtor.[1] | Chapter 11<br><br>Case No. 23-11132 (TMH)<br><br>**Re: Docket Nos. 1740 & 1741 [Case No. 23-11131]** |

**NOTICE OF SUBMISSION OF PROOFS OF
CLAIM IN CONNECTION WITH THE REORGANIZED
DEBTORS' EIGHTH OMNIBUS OBJECTION (SUBSTANTIVE) TO
CERTAIN CLAIMS (NO LIABILITY, LATE FILED AND RECLASSIFY)**

TO:    Parties required to receive notice pursuant to Del. Bankr. L.R. 2002-1.

**PLEASE TAKE NOTICE** that on November 26, 2024, the above-captioned reorganized debtor (the "Reorganized Debtor"), filed the *Reorganized Debtors' Eighth Omnibus Objection (Substantive) to Certain Claims (No Liability, Late Filed and Reclassify)* (the "Eighth Omnibus Objection") [Docket No. 1740] with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801. A hearing on the Eighth Omnibus Objection is scheduled for January 6, 2025 at 10:00 a.m. prevailing Eastern Time.

**PLEASE TAKE FURTHER NOTICE** that the proofs of claim that are required to be delivered to Chambers pursuant to Del. Bankr. L.R. 3007-1(e)(iv) (the "Proofs of Claim") have been delivered to Chambers (with all attachments) together with a copy of the Eighth Omnibus Objection. Copies of any Proof of Claim can be requested from the undersigned counsel to the Reorganized Debtor.

---

[1] On December 13, 2024, the Court entered the *Order and Final Decree Closing Certain Chapter 11 Cases* [Case No. 23-11131, Docket No. 1766], closing each of the Reorganized Debtors' chapter 11 cases except that of AB Technologies LLC.

4928-9744-6152.1 03703.00005

Dated:  December 23, 2024　　　　　　　　　**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Steven W. Golden*
Debra I. Grassgreen (admitted *pro hac vice*)
James E. O'Neill (DE Bar No. 4042)
Steven W. Golden (DE Bar No. 6807)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone:   (302) 652-4100
Facsimile:    (302) 652-4400
Email:  dgrassgreen@pszjlaw.com
　　　　joneill@pszjlaw.com
　　　　sgolden@pszjlaw.com

*Counsel to the Reorganized Debtor*