## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AB TECHNOLOGIES, LLC | Case No. 23-11132 (TMH) |
| Reorganized Debtor.[1] | |

Hearing Date:  February 7, 2025 at 10:00 a.m. (ET)

## NOTICE OF HEARING ON REORGANIZED
## DEBTORS' EIGHTH OMNIBUS OBJECTION (SUBSTANTIVE) TO
## CERTAIN CLAIMS (NO LIABILITY, LATE FILED AND RECLASSIFY)

**PLEASE TAKE NOTICE** that on November 26, 2024 the above-captioned reorganize debtors (the "Reorganized Debtors") filed the *Reorganized Debtors' Eighth Omnibus Objection (Substantive) to Certain Claims (No Liability, Late Filed and Reclassify)* (the "Objection") [Case No. 23-11131, Docket No. 1740].

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the relief requested in the Objection will be held before the Honorable Thomas M. Horan at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801, on **February 7, 2025 at 10:00 a.m. (prevailing Eastern Time)**.

---

[1] On December 13, 2024, the Court entered the *Order and Final Decree Closing Chapter 11 Cases* [Case No. 23-11131, Docket No. 1740], closing each of the Reorganized Debtors' chapter 11 cases except that of AB Technologies LLC.

Dated: January 10, 2025

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Steven W. Golden*

Richard M. Pachulski (admitted *pro hac vice*)
Debra I. Grassgreen (admitted *pro hac vice*)
James E. O'Neill (DE Bar No. 4042)
Jason H. Rosell (admitted *pro hac vice*)
Steven W. Golden (DE Bar No. 6807)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email:  rpachulski@pszjlaw.com
        dgrassgreen@pszjlaw.com
        joneill@pszjlaw.com
        jrosell@pszjlaw.com
        sgolden@pszjlaw.com

*Counsel to the Reorganized Debtors*